UNITED STATES BANKRUPTCY COURT
Northern District of Indiana
South Bend Division

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-31146 |
| | ) | |
| JENNIFER L. HAHN | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor(s). | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that, pursuant to L.B.R. B-2002-3, on the 29th day of March, 2017, a copy of the attached Notice of Filing of Trustee's Chapter 7 Motion to Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests was served by the Court's electronic ECF mail system upon the following:

U.S. Trustee  
USTRegion10.SO.ECF@usdoj.gov

RANDY C. EYSTER  
REYSTER@feiwellhannoy.com

LISA GILKEY SCHOETZOW  
LGILKEY@TGLAW.US

And by regular U.S. postage paid mail upon the following:

JENNIFER L. HAHN  
19027 COUNTY ROAD 2  
BRISTOL, IN 46507

Jim Hollar  
1627 Windsong Drive, Apt. 4  
Elkhart, IN 46514

Crossroads Healing Arts  
1004 Parkway Avenue, Suite C  
Elkhart, IN 46516

JP Morgan Chase Bank, N.A.  
1111 Polaris Parkway, Floor 4J  
Columbus, OH 43240

MIDLAND FUNDING LLC  
PO Box 2011  
Warren, MI 48090

Sprint Corp
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

<u>/s/Rebecca Hoyt Fischer</u>

Rebecca Hoyt Fischer  #10537-72
401 E. Colfax, Suite 305
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | Case No.  16-31146 |
| **JENNIFER HAHN** | ) | S.S.# xxx-xx-5279 |
| **Debtor.** | ) | |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE A CONSENTED PUBLIC SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M), (B) SALE PROCEDURES, (C) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE**

On the 29th day of March, 2017, Trustee, Rebecca Hoyt Fischer, filed a Motion to Approve a Consented Pubic Sell of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests pursuant to 11 U.S.C. §363 (B), (F), Sale Procedures and Surcharge Agreement Between Secured Lender and the Estate. In essences, the Motion asked the Court to approve a sale with regard to the Debtor's real estate, which is located at 3004 Greenleaf Blvd., Elkhart, IN  46514 in the amount of $84,760.00. The Bankruptcy Estate will receive at least $6,000.00 from the Senior Lien Holder in exchange for the issuance of a Trustee's Deed to the purchaser of the real estate.  It further requested that any party not asserting a claim or lien with documentation to substantiate the basis for such claim by the date provided for in this notice will be treated as an unsecured claim.

If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, **then on or before April 18, 2017**, you or your attorney must:
1.    File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at 401 South Michigan Street, South Bend, Indiana 46601.
If you mail your objection, you must mail it early enough so that it will be received by the date it is due.
2.    You must also mail a copy of your objection to:  Rebecca Hoyt Fischer, Laderer & Fischer,525 E. Colfax Ave., Unit #101, South Bend, IN 46617, and Lisa Gilkey Schoetzow, 228 West High Street, Elkhart, IN 46516.

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: March 29, 2017                                        /s/ Rebecca H. Fischer, Trustee
                                                                          Rebecca Hoyt Fischer # 10537-72
                                                                          LADERER & FISCHER
                                                                          401 E. Colfax Ave., Suite 305
                                                                          South Bend, IN 46617
                                                                          Telephone: (574) 284-2354